1   TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
2   BARBARA A. MATTHEWS (SBN 195084)
Trial Attorney

The following constitutes
the order of the court. Signed January 3, 2018

3   U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
4   450 Golden Gate Avenue, Suite 5-0153
San Francisco, California 94102

*M. Elaine Hammond*

5   Email:        Barbara.A.Matthews@usdoj.gov   **M. Elaine Hammond**
Telephone:   (415) 252-2080                              **U.S. Bankruptcy Judge**
6   Facsimile:    (415) 705-3379

7   Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

8

9

10                **UNITED STATES BANKRUPTCY COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
                            **SAN JOSE DIVISION**
11

12   In re:                                              )
                                                          )   Case No. 17-50794
13                                                        )
                                                          )   Chapter 7
14   **SERGIO ROLDAN and**                                )
     **ANDRIANA M. BUENAVENTURA**,                        )
15                                                        )
                                                          )
16                                  Debtor(s).            )
                                                          )
17   _____           )

18

19                    <u>**ORDER REOPENING CHAPTER 7 CASE**</u>

20          Tracy Hope Davis, the United States Trustee for Region 17, ("United States Trustee"),

21   having applied under 11 U.S.C. § 350(b) for entry of an order reopening the chapter 7 case

22   captioned above, and good cause appearing thereon, IT IS HEREBY ORDERED:

23          1.      That the above captioned case be and hereby is reopened, and that the United

24   States Trustee is directed to appoint a Chapter 7 trustee in this case;

25          2.      That in the event of the recovery of assets or funds for the bankruptcy estate, the

assigned chapter 7 trustee shall pay to the Bankruptcy Court Clerk's Office the amount of the

filing fee to reopen this case; and

       3.      That if no motions or adversary proceedings are pending within 60 days of the date of the entry of the order reopening the case, the case shall be re-closed without further notice or hearing.

*******End of Order*******

## COURT SERVICE LIST

Debtor
Sergio Roldan

4400 The Woods Drive, #1901
San Jose, CA  95136

Debtor

Adriana M. Buenaventura
4400 The Woods Drive, #1901

San Jose, CA  95136