```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                         Case No. 17-50794-MEH
Sergio Roldan                                                  Chapter 7
Adriana M Buenaventura
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0971-5          User: admin           Page 1 of 1           Date Rcvd: Jan 22, 2018
                              Form ID: NPD          Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2018.
```
db/jdb        +Sergio Roldan,    Adriana M Buenaventura,    4400 The Woods Drive., #1901,
                San Jose, CA 95136-3860
smg          ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                SACRAMENTO CA 94279-0029
              (address filed with court:   State Board of Equalization,
                Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,    Sacramento, CA  94279)
traty         +Gregg Kleiner,    Rincon Law LLP,    268 Bush Street, Suite 3335,    San Francisco, CA 94104-3503
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             EDI: EDD.COM Jan 23 2018 01:53:00      CA Employment Development Dept.,
                Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Jan 23 2018 01:53:00      CA Franchise Tax Board,    Attn: Special Procedures,
                P.O. Box 2952,    Sacramento, CA  95812-2952
smg             EDI: IRS.COM Jan 23 2018 01:53:00      IRS,    P.O. Box 7346,    Philadelphia, PA  19101-7346
14535777       +EDI: CALTAX.COM Jan 23 2018 01:53:00      Franchise Tax Board,    Bankruptcy Section MS A 340,
                PO BOX 2952,    Sacramento, CA 95812-2952
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14535779*       Internal Revenue Service,    Po Box  7346,    Philadelphia, PA 19101-7346
14535780*       Internal Revenue Service,    Po Box  7346,    Philadelphia, PA 19101-7346
14535778*       Internal Revenue Service,    Po Box  7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2018 at the address(es) listed below:
```
              Gregg S. Kleiner    on behalf of Trustee Kari  Bowyer gkleiner@rinconlawllp.com,
               aworthing@rinconlawllp.com
              Kari  Bowyer    trusteebowyer@gmail.com, C140@ecfcbis.com
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
              Thomas O. Gillis    on behalf of Debtor Sergio  Roldan nancy_gillis@sbcglobal.net
              Thomas O. Gillis    on behalf of Joint Debtor Adriana M Buenaventura nancy_gillis@sbcglobal.net
              Timothy S. Laffredi    on behalf of U.S. Trustee    Office of the U.S. Trustee / SJ
               timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
                                                                                             TOTAL: 6
```

Form NPD

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Sergio Roldan and Adriana M Buenaventura<br>   aka Sergio Rafael Roldan<br>   aka Adriana Maria Londono<br>      Debtor(s) | Case No.: 17−50794 MEH 7<br>Chapter: 7 |

## NOTICE OF POSSIBLE DIVIDEND

TO THE DEBTOR AND ALL INTERESTED PARTIES:

   Notice is given that the notice of meeting of creditors advised you that there were no assets in this case. It now appears that a payment of a dividend may be possible.

**Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), creditors may file proofs of claim on or before 4/19/18.**

A proof of claim form, in blank with instructions for completion, is available from the Court at the address listed below, or online at: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx .

   In order to receive a copy of your proof of claim you must:

1. Enclose with your proof of claim one (1) original and one (1) copy of your proof of claim.

2. You must also enclose a self−addressed, postage paid envelope large enough to accommodate your conformed copy of the claim.

3. Please sign and print or type your name clearly underneath your signature.

   Unless all of the above steps are completed, no return conformed copy of your claim will be sent out.

NO FEE FOR FILING CLAIMS

MAIL CLAIMS TO:

U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113


Dated: 1/19/18

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 21