DocuSign Envelope ID: 227AC5A9-2A06-40BB-98F6-1C3021BB6B8C

Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for KARI BOWYER,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re<br><br>SERGIO ROLDAN<br>*aka* SERGIO RAFAEL ROLDAN<br>AND<br>ADRIANA M BUENAVENTURA<br>*aka* ADRIANA MARIA LONDONO,<br><br>Debtors. | Case No. 17-50794 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**DECLARATION OF PROPOSED BROKER**<br><br>[No Hearing Requested] |
|---|---|

I, Mark von Kaenel, declare as follows:

1. I am a licensed broker in the State of California, Managing Broker of TCGLG *dba* Keller Williams Bay Area Estates ("Proposed Broker"). My business address is 16185 Los Gatos Blvd., Los Gatos, CA 95032.

2. TCGLG *dba* Keller Williams Bay Area Estates is proposed by Kari Bowyer, Trustee in Bankruptcy of the estate of the above-named Debtors, as the listing broker in connection with the marketing and sale of certain real property commonly known as 1050 Ortega Circle, Gilroy, California (the “Property”).

3. To the best of my knowledge, neither I nor Proposed Broker have any connections with the Debtors, creditors, or any other party in interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States

Trustee. Accordingly, to the best of my knowledge, we are disinterested persons in these proceedings, and represent no interest adverse to the estate.

4. Proposed Broker and I each waive any and all pre-petition claims that we may have against the estate.

5. Under the terms of the proposed listing agreement, a five percent (5%) commission shall be paid upon closing of a court-approved sale of the Property, which commission may be split between Proposed Broker and another broker in accordance with local common practice. I understand that any compensation or commission paid is subject to approval by the Bankruptcy Court.

6. Neither I nor Proposed Broker intend to share any compensation received in these proceedings with any person or entity, with the possible exception of splitting any commission due upon sale of the Property with other brokers as is customary in the county where the Property is being sold or according to such other agreement between the brokers, subject to disclosure to the Trustee, creditors, and approval of this Court. No promise has been made to me to pay me or Proposed Broker any sum for compensation for my services in this matter, except as approved by this Court upon application.

7. Notwithstanding anything in the listing agreement to the contrary, under no circumstances shall Proposed Broker or any of it agents represent the buyer of the Property. There shall be no dual agency.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated on information and belief, and as to those matters I am informed and believe them to be true, and that this Declaration was executed at Los Gatos, California on June 21st, 2018.

DocuSigned by:

MARK VON KAENEL