Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for KARI BOWYER,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

SERGIO ROLDAN
*aka* SERGIO RAFAEL ROLDAN
AND
ADRIANA M BUENAVENTURA
*aka* ADRIANA MARIA LONDONO,

Debtors.

Case No. 17-50794 MEH
Chapter 7
Hon. M. Elaine Hammond

*EX PARTE* **APPLICATION FOR ORDER AUTHORIZING RETENTION OF SPECIAL COUNSEL**
**(Law Offices of Todd Rothbard)**

[No Hearing Requested]

Kari Bowyer, Trustee in Bankruptcy ("Trustee" or Applicant") of the estate of the above-named Debtors, respectfully represents:

1. Applicant seeks, pursuant to Bankruptcy Code § 327, authorization to engage the services of an attorney specializing in residential real property unlawful detainer to assist her in obtaining necessary Court orders in order to obtain possession of residential real property commonly referred to as 1050 Ortega Circle, Gilroy, California ("Property") including, if necessary, filing and prosecuting an unlawful detainer action.

2. The Property became a Section 541 asset of the Debtors' estate on or about June 20, 2018, following a duly conducted foreclosure sale of the Property. The Trustee is informed that the Property is occupied by Bert Birmingham, Loretta Birmingham and possibly Jeffrey Whalen. Bert Birmingham is presently a Chapter 13 debtor in a case pending in the United States

| | |
|---|---|
| 1 | Bankruptcy Court for the Northern District of California, San Jose Division as Case No. 16-53437 |
| 2 | MEH. The Bankruptcy Court entered a relief from stay order in the Birmingham bankruptcy case |
| 3 | on July 17, 2017, which authorized, among other things, the Debtors' bankruptcy estate to proceed |
| 4 | under non-bankruptcy law to foreclose rights and remedies in the Property, including obtaining |
| 5 | rights of possession. *See*, Relief From Stay Order, Docket 31 in the Birmingham bankruptcy case. |

3. The Trustee has contacted Todd Rothbard of the Law Offices of Todd Rothbard, who specializes in landlord-tenant law in Santa Clara County and who has come highly recommended to her.

4. The Law Offices of Todd Rothbard has agreed to act as special counsel for the Trustee for the matters set forth herein. It is anticipated that Mr. Rothbard will be the primary attorney responsible for representing the estate in this matter. Mr. Rothbard charges a fixed fee of $2,400 for matters of this type, plus actual court costs which he anticipates to be approximately $585.

5. By this Application, the Trustee is seeking authority to retain the Law Offices of Todd Rothbard as her special counsel with regard to landlord-tenant matters. All fees to be paid to the Law Offices of Todd Rothbard and all costs reimbursed to the Law Offices of Todd Rothbard shall be subject to notice to creditors and Bankruptcy Court approval.

6. Based on the declaration of Mr. Rothbard, the Trustee is informed and believes that he has no connection with the Debtors, the Trustee, the Birminghams, Mr. Whalen, the Trustee's professionals, creditors or their professionals, the United States Trustee or persons employed in the Office of the United States Trustee and is a disinterested person in these proceedings.

7. Attached to this Application is a copy of the proposed order authorizing the employment of the Law Offices of Todd Rothbard as Trustee's special counsel in this case.

/ / /
/ / /
/ / /
/ / /
/ / /

1       WHEREFORE, the Trustee requests entry of an order authorizing her to employ the Law
Offices of Todd Rothbard as her special counsel with regard to landlord-tenant issues.

DATED: August 27th, 2018

By: _____
   KARI BOWYER,
   Trustee in Bankruptcy

DATED: August 27, 2018    RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
   GREGG S. KLEINER
   Counsel for KARI BOWYER,
   Trustee in Bankruptcy

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
KARI BOWYER,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

SERGIO ROLDAN
*aka* SERGIO RAFAEL ROLDAN
AND
ADRIANA M BUENAVENTURA
*aka* ADRIANA MARIA LONDONO,

Debtors.

Case No. 17-50794 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER AUTHORIZING RETENTION OF SPECIAL COUNSEL**
**(Law Offices of Todd Rothbard)**

On the Application of Kari Bowyer, Trustee in Bankruptcy, and it appearing that the Law Offices of Todd Rothbard is well qualified to act as special counsel for the Trustee, the employment of special counsel will be in the best interest of the estate, that said special counsel represents no interest adverse to the estate and that notice herein is not necessary in connection with said Application,

IT IS HEREBY ORDERED THAT:

1. The Trustee is authorized to employ the Law Offices of Todd Rothbard pursuant to 11 U.S.C. § 327 as her special counsel to assist in, among other things, filing and prosecuting unlawful detainer actions and all other actions deemed necessary and appropriate to result in the eviction of any and all tenants and occupants of that certain real property commonly referred to as 1050 Ortega Circle, Gilroy, California.

2. The Trustee is authorized to enter into the Fee Agreement attached as Exhibit A to the Declaration of Todd Rothbard.

3. All fees paid to the Law Offices of Todd Rothbard and all costs reimbursed to the Law Offices of Todd Rothbard shall be subject to notice to creditors and Bankruptcy Court approval.

*** END OF ORDER ***

*** COURT SERVICE LIST ***