

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
KARI BOWYER,
Trustee in Bankruptcy

The following constitutes the order of the Court.
Signed: November 28, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re

SERGIO ROLDAN
*aka* SERGIO RAFAEL ROLDAN
AND
ADRIANA M BUENAVENTURA
*aka* ADRIANA MARIA LONDONO,

Debtors.

Case No. 17-50794 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER AUTHORIZING:
(1) COMPROMISE OF CONTROVERSY CONCERNING REAL PROPERTY; (2) COMPENSATION TO SPECIAL COUNSEL; AND (3) PAYMENT OF POST-PETITION INSURANCE PREMIUMS**

The Court having reviewed and considered: (i) Motion to: (1) Compromise Controversy Concerning Real Property; (2) Compensate Special Counsel; and (3) Pay Post-Petition Insurance Premiums ("Motion") (Docket 31) filed by Kari Bowyer, Chapter 7 Trustee ("Trustee") of the above-captioned Debtors; (ii) the Trustee's request for order approving the Motion; and (iii) the declaration of Gregg S. Kleiner in support thereof, notice of the Motion being adequate and proper under the circumstances and good cause appearing therefor

IT IS HEREBY ORDERED THAT:

1. The Motion is approved in all respects and in accordance with the terms of this Order.

2. The Trustee is authorized to:

(i) enter into an Agreement to Settle Disputes ("Agreement"), an authentic copy of which is attached as Exhibit A (Docket 31-2) to the Declaration of Kari Bowyer in Support of Motion;

(ii) deliver $105,000 from the settlement proceeds in payment of the lien asserted by Debtors' pre-petition counsel, Rossi, Hamerslough, Reischl & Chuck;

(iii) compensate from the settlement proceeds, her special counsel, Law Office of Todd Rothbard, the amount of $2,400 in fees and up to $589.26 in costs;

(iv) pay post-petition insurance premiums, as detailed in the Motion, for the real property commonly referred to as 1050 Ortega Circle, Gilroy, California; and

(v) take any further actions necessary, including the execution of documents, to consummate the Agreement.

*** END OF ORDER ***

***COURT SERVICE LIST***

No Court service required.