Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for KARI BOWYER,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>SERGIO ROLDAN<br>*aka* SERGIO RAFAEL ROLDAN<br>AND<br>ADRIANA M BUENAVENTURA<br>*aka* ADRIANA MARIA LONDONO,<br><br>Debtors. | Case No. 17-50794 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**EX PARTE APPLICATION FOR AUTHORITY TO PAY REASSESSED PROPERTY TAXES**<br>**[1050 Ortega Circle, Gilroy, California]**<br><br>[No Hearing Requested] |

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE:**

Kari Bowyer, the duly appointed and acting Chapter 7 Trustee of the bankruptcy estate of Sergio Roldan and Adriana Buenaventura ("Debtors") files this ex parte application for authority to pay a supplemental property tax assessment from Santa Clara County with regard to certain real property commonly referred to as 1050 Ortega Circle, Gilroy, California ("Property"). The County's increased assessment is in the amount of $5,299.86 ("Tax Bill").

On May 2, 2019, the Court authorized the Trustee to sell the Property for $590,000 to third-party purchasers ("Sale Order"). *See*, Docket 50. The Trustee's sale notice to creditors (which ultimately resulted in the Sale Order), estimated property tax arrears at $2,500. The sale of the

1

Property closed on May 15, 2019.

The Trustee understands that the Tax Bill is a result of an increased valuation for the Property after the Trustee acquired the Property through a non-judicial foreclosure sale. According to representatives of Santa Clara County, the Tax Bill is the result of the County's reassessment of the Property following the foreclosure sale. The reassessment occurred on or near the same date that the Trustee closed the sale of the Property to the buyer.

The County has declined to withdraw or reduce the reassessed obligation. The Trustee understands that the estate is obligated to pay these administrative taxes to the County. A copy of the Tax Bill that the Trustee received from the County is attached as Exhibit A to the Declaration of Kari Bowyer in Support of Ex Parte Application for Authority to Pay Reassessed Property Taxes [1050 Ortega Circle, Gilroy, California]. The Trustee seeks authority to pay the entire assessment prior to June 30, 2019 in order to avoid penalties and interest that the County will apply to the obligation if paid after that date.

WHEREFORE the Trustee prays for entry of an order authorizing her to pay the Tax Bill.

DATED: June 4, 2019         RINCON LAW LLP


By: */s/ Gregg S. Kleiner*
    GREGG S. KLEINER
    Counsel for KARI BOWYER,
    Trustee in Bankruptcy