Entered on Docket
October 27, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

The following constitutes the order of the Court.
Signed: October 27, 2020

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

Counsel for
KARI BOWYER,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

SERGIO ROLDAN
*aka* SERGIO RAFAEL ROLDAN
AND
ADRIANA M BUENAVENTURA
*aka* ADRIANA MARIA LONDONO,

Debtors.

Case No. 17-50794 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER AUTHORIZING COMPROMISE OF CONTROVERSY WITH ROSSI, HAMERSLOUGH, ET. AL.**

The Court having reviewed and considered: (i) Motion to Compromise Controversy With Rossi, Hamerslough, *et al.* ("Motion") (Docket 62) filed by Kari Bowyer, Chapter 7 Trustee ("Trustee") of the above-captioned Debtors; (ii) the Trustee's request for order approving the Motion; and (iii) the declaration of Gregg S. Kleiner in support thereof, notice of the Motion being adequate and proper under the circumstances and good cause appearing therefor

IT IS HEREBY ORDERED THAT:

1. The Motion is approved in all respects and in accordance with the terms of this Order.

2. The Trustee is authorized to enter into an "Agreement to Settle Claims Re Disputed Lien" ("Agreement") with Rossi, Hamerslough, Reischl & Chuck ("RHRC"). A true and correct copy of the Agreement is attached as Exhibit A to the Declaration of Kari Bowyer in support of the Settlement with RHRC, Docket 62-1.

3. The Trustee is authorized to pay to RHRC the sum of $97,500 in full and complete settlement of all claims that RHRC has or may have against the estate. Upon payment of the settlement amount, all claims filed or asserted by RHRC against the Debtor's estate are deemed withdrawn.

*** END OF ORDER ***

***COURT SERVICE LIST***

No Court service required.