United States Bankruptcy Court

Northern District of California

| | |
|---|---|
| In re: | Case No. 17-50794-MEH |
| Sergio Roldan | Chapter 7 |
| Adriana M Buenaventura | |
| Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0971-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 23, 2021 | Form ID: FIND | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sergio Roldan, Adriana M Buenaventura, 4400 The Woods Drive., #1901, San Jose, CA 95136-3860 |
| aty | ++++ | TODD B. ROTHBARD, LAW OFFICES OF TODD B. ROTHBARD, 4261 NORWALK DR APT Y107, SAN JOSE CA 95129-1796 address filed with court:, Todd B. Rothbard, Law Offices of Todd B. Rothbard, 4261 Norwalk Dr. #107, San Jose, CA 95129 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregg S. Kleiner | on behalf of Trustee Kari Bowyer gkleiner@rinconlawllp.com   aworthing@rinconlawllp.com |
| Kari Bowyer | trusteebowyer@gmail.com   C140@ecfcbis.com;ecf.alert+Bowyer@titlexi.com |
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| Richard L. Pierotti | |

　　　　　　　　　　　　Rpierotti@kpmd.com

Thomas O. Gillis

　　　　　　　　　　　　on behalf of Debtor Sergio Roldan gillislawecf@yahoo.com  gillislawecf@yahoo.com

Timothy S. Laffredi

　　　　　　　　　　　　on behalf of U.S. Trustee Office of the U.S. Trustee / SJ timothy.s.laffredi@usdoj.gov  patti.vargas@usdoj.gov

TOTAL: 6

Form FIND

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Sergio Roldan and Adriana M Buenaventura<br>   aka Sergio Rafael Roldan<br>   aka Adriana Maria Londono<br>      Debtor(s) | Case No.: 17−50794 MEH 7<br><br>Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Kari Bowyer is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: <u>3/23/21</u>

By the Court:

M. Elaine Hammond
United States Bankruptcy Judge